**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-7385**

JOSEPH ROBERTS,

Plaintiff - Appellant,

versus

WARDEN; WILLIAM L. BRUEKMAN,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.    Peter J. Messitte, District Judge.
(8:05-cv-01981-PJM)

Submitted: February 15, 2007          Decided: February 22, 2007

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph Roberts, Appellant Pro Se. David Reid Moore, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; Melissa Shane
Whipkey, MCGUIRE WOODS, LLP, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Roberts appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Roberts v. Warden</u>, No. 8:05-cv-01981-PJM (D. Md. July 24, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>